**Order filed January 31, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00024-CV

———————————

**JOHN J. PRESTON AND MONICA S. PRESTON, Appellants**

**V.**

**MICHAEL A. INGLIS AND ALLEN GREGORY ALPER, Appellees**

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CV2676**

---

# O R D E R

This is an appeal from a judgment signed September 23, 2011. Appellant filed a timely motion for new trial. The notice of appeal was due December 22, 2011. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on January 6, 2012, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the

late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal within ten (10) days of the date of this order. *See* Tex. R. App. P. 26.3;12.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM

Do Not Publish.